Dimitri Nemirovsky
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, New York 10022-4689
Telephone:  212.705.7000
Facsimile:   212.752.5378

*Attorneys for Defendant Merrill Lynch,
Pierce, Fenner & Smith Incorporated*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SENECA GAMING CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:09-cv-6969 (LAP)<br><br>ECF Case<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Dimitri Nemirovsky, and accompanying Memorandum of Law, Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated will move this Court before the Honorable Loretta A. Preska of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, for an order dismissing the Complaint in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b) and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4.

Dated: January 4, 2010

                                    Respectfully submitted,

                                    <u>s/ Dimtri Nemirovsky</u>
                                    Dimitri Nemirovsky
                                    **BINGHAM McCUTCHEN LLP**
                                    399 Park Avenue
                                    New York, NY  10022-4689
                                    (212) 705-7281

                                    *Attorney for Defendant*

**OF COUNSEL:**

A. Inge Selden III (motion for phv admission in process of being filed)
Carl S. Burkhalter (motion for phv admission in process of being filed)
**MAYNARD, COOPER & GALE, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, AL 35203
Telephone:  (205) 254-1000
Facsimile:  (205) 254-1999